# Exhibit A

| Borrower Name | Property Address |
|---|---|
| BRIARWOOD AFFORDABLE LLC | 80-02/80-10 135th Street a/k/a 134-12 Grand Central Parkway a/k/a 80- 01/180-09 134th Street a/k/a 134-12 Grand Central Parkway Sr South, Jamaica, New York 11435 and 81-10 135th Street a/k/a 134-01 82nd Avenue a/k/a 81-01/81-09 134th Street, Jamaica, New York |
| BRIARWOOD AFFORDABLE LLC | 80-02/80-10 135th Street a/k/a 134-12 Grand Central Parkway a/k/a 80- 01/180-09 134th Street a/k/a 134-12 Grand Central Parkway Sr South, Jamaica, New York 11435 and 81-10 135th Street a/k/a 134-01 82nd Avenue a/k/a 81-01/81-09 134th Street, Jamaica, New York |
| 109TH AFFORDABLE HOUSING LLC | 118 and 120 West 109th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 136, 138 and 140 West 109th Street New York, New York |
| COLUMBUS AFFORDABLE HOUSING LLC | 170 and 172 West 107th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 203-205 and 207-209 West 109th Street New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 202/204 and 206/208 West 109th Street New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 211 West 109th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 212 and 214 West 109th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 213 West 115th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 221 West 115th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 223-225 West 109th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 229-231 West 115th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 233 West 115th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 233-235 West 109th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 241 West 115th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 241 and 243 West 109th Street, New York, New York |
| 115TH AFFORDABLE HOUSING LLC | 243 West 115th Street, New York, New York |
| 109TH AFFORDABLE HOUSING LLC | 245, 247, 249 and 251 West 109th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 303 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 305 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 307 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 309 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 311 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 315 West 114th Street, New York, New York |

| Borrower Name | Property Address |
|---|---|
| 114TH AFFORDABLE HOUSING LLC | 344 Manhattan Avenue, New York, New York |
| COLUMBUS AFFORDABLE HOUSING LLC | 924 Columbus Avenue, New York, New York |
| COLUMBUS AFFORDABLE HOUSING LLC | 926 Columbus Avenue, New York, New York |
| COLUMBUS AFFORDABLE HOUSING LLC | 928 Columbus Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOUSING LLC | 955 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOUSING LLC | 963 Amsterdam Avenue, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 301 West 114th Street, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 2113 Frederick Douglas Jr. Boulevard, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 2115 Frederick Douglas Jr. Boulevard, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 2117 Frederick Douglas Jr. Boulevard, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 2121 Frederick Douglas Jr. Boulevard, New York, New York |
| 114TH AFFORDABLE HOUSING LLC | 2123 Frederick Douglas Jr. Boulevard, New York, New York |
| 106 W105 STREET LLC | 106 West 105th Street, New York, New York |
| 105TH MORNINGSIDE HOLDINGS LLC | 120 West 105th Street a/k/a 112/138 West 105th Street, New York, New York |
| 123 W106 STREET LLC | 123 West 106th Street, New York, New York |
| 125 W106 STREET LLC | 125 West 106th Street, New York, New York |
| 127 W106 STREET LLC | 127 West 106th Street, New York, New York |
| MANHATTAN AVENUE AFFORDABLE HOLDINGS LLC | 165-171 Manhattan Avenue a/k/a 165-167 Manhattan Avenue and 169-171 Manhattan Avenue, New York, New York |
| 203 W108 STREET LLC | 203 West 108th Street a/k/a 203/205 West 108th Street, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 929 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 931 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 933/935 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 965-967 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 969 Amsterdam Avenue, New York, New York |
| AMSTERDAM AFFORDABLE HOLDINGS 2 LLC | 971 Amsterdam Avenue, New York, New York |
| BSP SPENCER LLC | 186/200 Spencer Street, Brooklyn, New York and 175/183 Spencer Street a/k/a 1831 Rear Spencer Street a/k/a 394/396 Willoughby Street, Brooklyn, New York |