# Exhibit D

**From:** "Newell, Daniel M. [CTR]" <danienewell@fdic.gov>
**Date:** November 30, 2023 at 7:27:56 PM EST
**To:** Joshua Gotlib <joshua@blacksprucellc.com>
**Subject:** : Black Spruce Management

NONPUBLIC//FDIC BUSINESS

Joshua Gotlib
Black Spruce Management
80 Fifth Avenue, Suite 1201
New York, New York, 10011
joshua@blacksprucellc.com

RE:  Black Spruce Management

Joshua,

Thank you for your communication relevant to the Right of First Refusal regarding the sale of your loan.  The FDIC, in its capacity as Receiver for Signature Bank, N.A, and Signature Bridge Bank, N.A. (the "Receiver") is charged with winding down the affairs of the failed institutions and disposition of the assets held by the Receiver.

Our contact at the FDIC confirmed that your message was relayed and reviewed internally by the FDIC, and requested that we provide this update to you.  The communication was passed on to the FDIC as Receiver for Signature Bridge Bank, N.A., and the Receiver responded that it has statutory authority to sell the relevant loans and is proceeding with the sale.  If any Borrower believes that it has a claim based on an act or omission of the Receiver, refer such Borrower to the administrative claims process described at https://resolutions.fdic.gov/claimsportal/s/.


Sincerely,

Daniel Newell
MMC
RAS Contractor for the FDIC as Receiver for Signature Bridge Bank, N.A.

This email may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Mir, Mitchell & Company, LLP ("MMC") is an independent contractor to the FDIC, engaged to provide management and loan facilitation services to the FDIC in connection with the FDIC's resolution of loans.  Neither MMC nor any of its employees, subcontractors, or agents have any actual or apparent authority to make or accept offers on behalf of FDIC or to bind the FDIC to any term or condition of any transaction involving or related to any FDIC loan or property. The FDIC is bound by the terms or conditions of any transaction involving or related to any FDIC loan or property only upon the written approval of the transaction and the execution of all of the transactional documents by an FDIC employee with the appropriate level of FDIC delegated authority for such matters.