# Exhibit L

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2024072600476009002EA2EE |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 9 |
|---|---|

**Document ID:** 2024072600476009   **Document Date:** 03-12-2023   **Preparation Date:** 07-26-2024
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 7

| PRESENTER: | RETURN TO: |
|---|---|
| REGAL TITLE AGENCY (PICK-UP)<br>90 BROAD STREET, 18TH FLOOR<br>NEW YORK, NY 10004<br>212-269-5900<br>MYOUNG@REGALNYC.COM | COMPUTERSHARE TRUST COMPANY, N.A.<br>ATTN: CMBS/FDIC-2023SIG2OR3<br>1055 10TH AVENUE S.E.<br>MINNEAPOLIS, MN 55414<br>INV-24-14194 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1880 | 37 Entire Lot | | 202/204 WEST 109 STREET |

**Property Type:** APARTMENT BUILDING

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1880 | 39 Entire Lot | | 206/208 WEST 109 STREET |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA
**CRFN:** 2009000160000
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION<br>1601 BRYAN STREET<br>DALLAS, TX 75201 | SIG RCRS C MF 2023 VENTURE LLC<br>C/O COMMUNITY STABILIZATION PARTNERS, 220 EAST 42ND STREET, 16TH FLOOR<br>NEW YORK, NY 10017 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 99.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   08-07-2024 09:19
City Register File No.(CRFN):
2024000203437

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  2024072600476009002CA06E |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    PAGE 2 OF 9

**Document ID:** 2024072600476009    Document Date: 03-12-2023    Preparation Date: 07-26-2024
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2010000124799
**CRFN:** 2010000414892
**CRFN:** 2012000026914
**CRFN:** 2012000429095
**CRFN:** 2013000488437
**CRFN:** 2014000336780
**CRFN:** 2015000391166
**CRFN:** 2016000377531

**PARTIES**

**ASSIGNOR/OLD LENDER:**
SIGNATURE BANK
1601 BRYAN STREET
DALLAS, TX 75201

**ASSIGNOR/OLD LENDER:**
SIGNATURE BRIDGE BANK, N.A.
1601 BRYAN STREET
DALLAS, TX 75201

**FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SIGNATURE BANK**

and

**FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SIGNATURE BRIDGE BANK, N.A.**

TO

**SIG RCRS C MF 2023 VENTURE LLC**

ASSIGNMENT OF MORTGAGE

Block:     1880
Lots:      37 and 39
County:    New York
Premises:  202/204 and 206/208 West 109th Street
           New York, New York

**RECORD AND RETURN TO:**
Computershare Trust Company, N.A.
Attn: CMBS/FDIC-2023SIG2or3
1055 10th Avenue S.E.
Minneapolis, Minnesota 55414
Loan # 3061801

## ASSIGNMENT OF MORTGAGE

### RECITALS

On March 12, 2023, Signature Bank ("Signature Bank") was closed by the New York State Department of Financial Services, and the Federal Deposit Insurance Corporation (acting in any capacity, the "FDIC") was appointed as receiver for Signature Bank ("FDIC as Receiver for Signature Bank"). By operation of law, FDIC as Receiver for Signature Bank assumed from the closed Signature Bank the Transferred Assets (as defined below).

The Transferred Assets were transferred by FDIC as Receiver for Signature Bank to Signature Bridge Bank, N.A. ("Signature Bridge Bank" or the "Failed Bank", as the context may require), which assumed the Transferred Assets.

On March 20, 2023, Signature Bridge Bank was closed by the Office of the Comptroller of the Currency, and the FDIC was appointed as receiver for Signature Bridge Bank ("FDIC as Receiver for Signature Bridge Bank"). By operation of law, FDIC as Receiver for Signature Bridge Bank assumed the Transferred Assets.

NOW, THEREFORE, in consideration of the foregoing, it is agreed as follows:

FDIC AS RECEIVER FOR SIGNATURE BANK AND FDIC AS RECEIVER FOR THE FAILED BANK, each at 1601 Bryan Street, Dallas, Texas 75201 (hereinafter collectively referred to as "Assignor"), for value received, does by these presents, grant, bargain, sell, assign, transfer and set over to SIG RCRS C MF 2023 Venture LLC, a Delaware limited liability company, its successors and assigns, at c/o Community Stabilization Partners, 220 East 42nd Street, 16th Floor, New York, New York 10017, all right, title and interest in and to those certain mortgages described on the attached Schedule A and the notes secured thereby (collectively, the "Transferred Assets"), which relate to the property described on the attached Exhibit A.

TO HAVE AND TO HOLD THE SAME UNTO SAID SIG RCRS C MF 2023 VENTURE LLC, ITS SUCCESSORS AND ASSIGNS.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE, AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND OR NATURE WHATSOEVER, BY THE FDIC IN ITS CAPACITY AS RECEIVER FOR SIGNATURE BANK AND THE FDIC IN ITS CAPACITY AS RECEIVER FOR SIGNATURE BRIDGE BANK OR IN ITS CORPORATE CAPACITY. THE LOAN IS CONVEYED "AS IS" AND "WITH ALL FAULTS," WITHOUT ANY REPRESENTATION OR WARRANTY WHATSOEVER, INCLUDING AS TO COLLECTABILITY, ENFORCEABILITY, VALUE OF COLLATERAL, ABILITY OF ANY OBLIGOR TO REPAY, CONDITION, FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY OR ANY OTHER WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, BY ANY PERSON, INCLUDING THE FDIC OR ITS OFFICERS EMPLOYEES, AGENTS OR CONTRACTORS.

This assignment is not subject to the requirement of section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, the Federal Deposit Insurance Corporation, in its capacity as Receiver for Signature Bank and the Federal Deposit Insurance Corporation, in its capacity as Receiver for Signature Bridge Bank has caused this instrument to be executed this 30th day of May, 2024, effective as of the 15th day of December, 2023.

ASSIGNOR:

**FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR SIGNATURE BANK**

By: _____
Name: Andrea Gladstone
Title: Attorney in Fact
Pursuant to that certain Limited Power of Attorney recorded in the Office of the City Register of Kings County on March 15, 2024 as CRFN 2024000066519

**FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR SIGNATURE BRIDGE BANK, N.A.**

By: _____
Name: Andrea Gladstone
Title: Attorney in Fact
Pursuant to that certain Limited Power of Attorney recorded in the Office of the City Register of Kings County on March 15, 2024 as CRFN 2024000066519

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF NEW YORK           )

On the 30th day of May in the year 2024 before me, the undersigned, personally appeared Andrea Gladstone, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

MEGAN PERAINO
Notary Public, State of New York
No. 01PE6387324
Qualified in New York County
Commission Expires August 21, 2027

_____
Notary Public

## SCHEDULE A
### (Mortgage Schedule)

1. Substitute Mortgage D dated May 13, 2009 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $2,185,000.00 and recorded in the Office of the City Register of the County of New York (the "Register's Office") on May 29, 2009 as CRFN 2009000160000 (on which no mortgage tax was due) (this is Substitute Mortgage D made pursuant to Severance/Splitter Agreement dated May 13, 2009 between New York Community Bank and Beacon 109 204-206 LLC et al, and recorded in the Register's Office on May 29, 2009 as CRFN 2009000159990);

2. Mortgage dated March 18, 2010 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $440,000.00 and recorded in the Register's Office on April 14, 2010 as CRFN 2010000124799 (on which mortgage tax in the amount of $9,020.00 was paid), which Mortgage was consolidated to form a single lien in the amount of $2,625,000.00 by a Consolidation, Extension and Modification Agreement dated March 18, 2010 between Beacon 109 204-206 LLC and New York Community Bank and recorded in the Register's Office on April 14, 2010 as CRFN 2010000124800;

3. Mortgage dated November 23, 2010 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $780,000.00 and recorded in the Register's Office on December 10, 2010 as CRFN 2010000414892 (on which mortgage tax in the amount of $21,840.00 was paid) which Mortgage was consolidated with the above Mortgages to form a single lien in the amount of $3,405,000.00 by a Consolidation, Extension and Modification Agreement dated November 23, 2010 between Beacon 109 204-206 LLC and New York Community Bank and recorded in the Register's Office on December 10, 2010 as CRFN 2010000414893;

4. Mortgage dated November 10, 2011 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $1,762,666.51 and recorded in the Register's Office on January 23, 2012 as CRFN 2012000026914 (on which mortgage tax in the amount of $49,355.61 was paid) which Mortgage was consolidated with the above Mortgages to form a single lien in the amount of $5,120,000.00 by a Consolidation, Extension and Modification Agreement dated November 10, 2011 between Beacon 109 204-206 LLC and New York Community Bank and recorded in the Register's Office on January 23, 2012 as CRNF 2011000026915;

5. Mortgage dated September 4, 2012 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $2,515,000.00 and recorded in the Register's Office on October 31, 2012 as CRFN 2012000429095 (on which mortgage tax in the amount of $70,420.00 was paid);

6. Mortgage, Assignment of Leases and Rents and Security Agreement dated October 29, 2013 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $1,668,496.88 and recorded in the Register's Office on November 26,

2013 as CRFN 2013000488437 (on which mortgage tax in the amount of $46,718.01 was paid) which Mortgage was consolidated with the above Mortgages to form a single lien in the amount of $9,100,000.00 by a Consolidation, Extension and Modification Agreement dated October 29, 2013 between Beacon 109 204-206 LLC and New York Community Bank and recorded in the Register's Office on November 26, 2013 as CRFN 2013000488438, which Mortgages, as consolidated, were assigned by an Assignment of Mortgage dated as of August 17, 2016 made by New York Community Bank to Signature Bank and recorded in the Register's Office on October 26, 2016 as CRFN 2016000377530;

7. Mortgage, Assignment of Leases and Rents and Security Agreement dated August 27, 2014 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $1,200,000.00 and recorded in the Register's Office on October 9, 2014 as CRFN 2014000336780 (on which mortgage tax in the amount of $33,600.00 was paid);

8. Gap Mortgage dated October 1, 2015 made by Beacon 109 204-206 LLC to New York Community Bank in the amount of $3,173,029.58 and recorded in the Register's Office on November 2, 2015 as CRFN 2015000391166 (on which mortgage tax in the amount of $88,844.00 was paid) which Mortgage was consolidated with Mortgage 7 to form a single lien in the amount of $4,350,000.00 by a Consolidation, Extension and Modification Agreement dated October 1, 2015 between Beacon 109 204-206 LLC and New York Community Bank and recorded in the Register's Office on November 2, 2015 as CRFN 2015000391167, which Mortgages, as consolidated, were assigned by an Assignment of Mortgage dated as of August 17, 2016 made by New York Community Bank to Signature Bank and recorded in the Register's Office on October 26, 2016 as CRFN 2016000377529; and

9. Gap Mortgage dated as of August 17, 2016 made by Beacon 109 204-206 LLC to Signature Bank in the amount of $2,764,705.73 and recorded in the Register's Office on October 26, 2016 as CRFN 2016000377531 (on which mortgage tax in the amount of $77,411.61 was paid) which Mortgage was consolidated with the above Mortgages to form a single lien in the amount of $15,650,000.00 by a Mortgage Consolidation, Modification, Security Agreement and Fixture Filing dated as of August 17, 2016 between Beacon 109 204-206 LLC and Signature Bank and recorded in the Register's Office on October 26, 2016 as CRFN 2016000377532, and which mortgages, as consolidated, were assumed and modified pursuant to an Assumption and Modification Agreement dated as of October 16, 2020 made by and between 109th Affordable Housing LLC, HP Morningside Heights Portfolio Housing Development Fund Company, Inc. and Signature Bank and recorded in the Register's Office on January 27, 2021 as CRFN 2021000033035.

**EXHIBIT A**
**(Legal Description)**

AS TO LOT 37:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of West 109th Street, distant 100 feet westerly from the corner formed by the intersection of the southerly side of West 109th Street, with the westerly side of Amsterdam Avenue;

RUNNING THENCE westerly along the southerly side of West 109th Street, 40 feet;

THENCE southerly and parallel with the westerly side of Amsterdam Avenue and part of the distance through a party wall, 100 feet 11 inches to the center line of the block;

THENCE easterly along said center line of the block, 40 feet;

THENCE northerly again parallel with the westerly side of Amsterdam Avenue, 100 feet 11 inches to the southerly side of West 109th Street, at the point or place of BEGINNING.

AS TO LOT 39:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of West 109th Street distant, 140 feet westerly from the corner formed by the intersection of the southerly side of West 109th Street, with the westerly side of Amsterdam Avenue;

RUNNING THENCE westerly along the southerly side of West 109th Street, 40 feet 6 inches;

THENCE southerly and parallel with the westerly side of Amsterdam Avenue and part of the distance through a party wall, 100 feet 11 inches to the center line of the block;

THENCE easterly along said center line of the block, 40 feet 6 inches;

THENCE northerly again parallel with the westerly side of Amsterdam Avenue, 100 feet 11 inches to the southerly side of West 109th Street, at the point or place of BEGINNING.