# Exhibit O

PageVault

| | |
|---|---|
| Document title: | FDIC: Structured Transaction Sales |
| Capture URL: | https://www.fdic.gov/buying/historical/structured/index.html |
| Captured site IP: | 178.63.171.13 |
| Page loaded at (UTC): | Mon, 26 Feb 2024 23:47:00 GMT |
| Capture timestamp (UTC): | Mon, 26 Feb 2024 23:47:02 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| Capture ID: | hY7jhps1Qu4Mws8MyQ2r5D |

PDF REFERENCE #:    sm2Vhf2K1GPPyn5DKGvJpW



An official website of the United States government

ABOUT   RESOURCES   ANALYSIS   NEWS

Home > Institution & Asset Sales > Historical Sales > Structured Transaction Joint Venture Sales

# Structured Transaction Joint Venture Sales

These transactions are the sale of assets through the use of private/public partnership transactions. These joint venture sales utilize the asset management expertise of the private sector, while the FDIC retains an equity (or a participation) interest in all future cash flows generated by the workout of the assets over time. The future expenses and income will be shared based on the percentage ownership to the purchaser and the FDIC.

For more information, please see the Financial Asset Sales.

To see key sale date transaction documents, click on the "Documents" link below the Sale ID.

To see Financing Information for Sales that were financed, click on the "Financing Information" link below the Sales ID.

| | Sale ID | Site Name | Date Sold | Loan Type | Quality | No. of Loans | Book Value (Millions) | % of Equity Sold | Price Paid for Equity (Millions) | Leverage | Implied Value of Managing Partner Equity | Winning Bidder | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MSMC VENTURE, LLC Documents | WDC | 5/6/2008 | Single Family Construction & Lot Loans | Sub/Non-performing | 798 | $146 | 40% | $19 | N/A | 32.8% | Gulf Coast Bank & Trust | c/o Gulf National One, LLC 200 St. Charles St., New Orleans, LA 70130 |
| 2 | FNBN I, LLC Documents | WDC | 12/29/2008 | Single Family Residential | Sub/Non-performing | 2,829 | $558 | 20% | $43 | N/A | 38.6% | PennyMac | PNMAC Mortgage Co., 27001 Agoura Rd, Ste 350, Calabasas, CA 91301 |
| 3 | ANB VENTURE, LLC Documents | WDC | 1/12/2009 | ADC | Sub/Non-performing | 1,112 | $1,120 | 20% | $20 | N/A | 9.0% | Kingston Management Services | c/o KMS SPE, LLC, 477 Shoup Ave., Ste. 207, Idaho Falls, ID 83402 |
| 4 | FNBN-RESCON I LLC Documents | WDC | 2/5/2009 | Residential Construction | Sub/Non-performing | 520 | $733 | 20% | $32 | N/A | 22.0% | Stearns Bank | FNBN RESCON I LLC, 4191 2nd Street South, St. Cloud, MN 56301 |
| 5 | FNBN-CMLCON I LLC Documents | WDC | 2/20/2009 | Commercial Construction | Sub/Non-performing | 147 | $702 | 20% | $41 | N/A | 29.2% | Diversified Business Strategies | SGH FNB Ventures, LLC, c/o Sorenson Group Management, LLC, 4393 Riverboat Rd, Ste 450, Salt Lake City, UT 84123 |
| 6 | INDYMAC VENTURE, LLC Documents | WDC | 3/19/2009 | Consumer Construction, Homebuilder Construction, Lot Loans | Sub/Non-performing | 3,044 | $1,652 | 20% | $54 | N/A | 16.4% | OneWest Ventures Holdings LLC | 888 East Walnut Street, Pasadena, CA 91101-7211 |
| 7 | FRANKLIN VENTURE, LLC Documents Financing Information | WDC | 9/30/2009 | Single Family Residential | Sub/Non-performing | 5,475 | $1,320 | 50% | $64 | 6 to 1 | 64.8% | Residential Credit Solutions, Inc. | 4282 N. Freeway, Fort Worth, TX 76137 |
| 8 | CORUS CONSTRUCTION VENTURE, LLC Documents Financing Information | WDC | 10/16/2009 | Commercial Construction | Sub/Non-performing | 101 | $4,402 | 40% | $551 | 1 to 1 | 61.9% | Starwood (Northwest Operating Company) LLC | 60 Columbus Circle, 18th Floor, New York, NY 10023 |
| | MULTIBANK | | | | | | | | | | | | |

| # | Name | Office | Date | Type | Status | Loans | UPB ($M) | % | Equity ($M) | Leverage | Bid % | Winning Bidder | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | [Documents] [Financing Information] | WDC | 10/16/2009 | Commercial Construction | Sub/Non-performing | 101 | $4,402 | 40% | $551 | 1 to 1 | 61.9% | (Northwest Operating Company) LLC | Floor, New York, NY 10023 |
| 9 | MULTIBANK 2009-1 CRE VENTURE, LLC [Documents] [Financing Information] | DALLAS | 1/7/2010 | Commercial Real Estate | Sub/Non-performing | 1,184 | $1,028 | 40% | $91 | 1 to 1 | 44.7% | Colony Capital Acquisitions LLC | 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 10 | MULTIBANK 2009-1 RES-ADC VENTURE, LLC [Documents] [Financing Information] | DALLAS | 2/9/2010 | Residential ADC | Sub/Non-performing | 5,166 | $2,253 | 40% | $172 | 1 to 1 | 38.6% | Rialto Capital Management LLC | 700 NW 107 Avenue, Suite 400, Miami, FL 33172 |
| 11 | MULTIBANK 2009-1 CML-ADC VENTURE, LLC [Documents] [Financing Information] | DALLAS | 2/9/2010 | Commercial ADC | Sub/Non-performing | 345 | $799 | 40% | $72 | 1 to 1 | 45.7% | Rialto Capital Management LLC | 700 NW 107 Avenue, Suite 400, Miami, FL 33172 |
| 12 | MULTIBANK 2010-1 SFR VENTURE, LLC [Documents] [Financing Information] | DALLAS | 4/1/2010 | Single Family Residential | Sub/Non-performing | 3,373 | $491 | 50% | $34 | 2 to 1 | 41.8% | Roundpoint Capital Group | 5032 Parkway Plaza Bluevard, Suite 200, Charlotte, NC 28217 |
| 13 | 2010-1 SFG VENTURE LLC [Documents] [Financing Information] | DALLAS | 5/18/2010 | Commercial RE, Construction and ADC | Sub/Non-performing | 57 | $421 | 40% | $68 | 1 to 1 | 82.3% | Square Mile Capital LLC | 450 Park Avenue, Fourth Floor, New York, NY 10022 |
| 14 | 2010-2 SFR VENTURE, LLC [Documents] | DALLAS | 6/25/2010 | Single Family Residential | Sub/Non-performing | 1,456 | $314 | 50% | $28 | 1 to 1 | 35.4% | Turning Point Asset Management, LP | 2180 Garnet Avenue, Suite 2E, San Diego, CA 92109 |
| 15 | 2010-1 CRE VENTURE, LLC [Documents] [Financing Information] | DALLAS | 7/2/2010 | Commercial RE | Sub/Non-performing | 1,660 | $1,849 | 40% | $218 | 1 to 1 | 59.9% | Colony Capital Acquisitions, LLC | 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 16 | AMT NP SFR VENTURE, LLC [Documents] [Financing Information] | WDC | 7/9/2010 | Single Family Residential | Non-Performing | 3,755 | $898 | 40% | $66 | 1 to 1 | 37.4% | RCS/RBS/Carval | 4282 N. Freeway, Fort Worth, TX 76137 |
| 17 | AMT CADC VENTURE, LLC [Documents] [Financing Information] | WDC | 7/21/2010 | Commercial ADC | Sub/Non-Performing | 279 | $1,703 | 40% | $137 | 1 to 1 | 40.8% | PMO Loan Acquisition Venture, LLC (OakTree Capital) | C/O Milestone Asset Resolution Company, LLC, 1775 I Street, 8th Floor, Washington, DC 20006 |
| 18 | 2010-1 RADC/CADC VENTURE, LLC [Documents] [Financing Information] | DALLAS | 8/26/2010 | Residential/ Commercial ADC | Sub/Non-Performing | 1,062 | $762 | 40% | $52 | 1 to 1 | 34.7% | Mariner Real Estate Partners, LLC | C/O MREC Funding, LLC, 4200 W. 115th Street, Ste 100, Leawood, Kansas 66211 |
| 19 | 2010-3 SFR VENTURE, LLC [Documents] [Financing Information] | DALLAS | 11/30/2010 | Single Family Residential | Sub/Non-performing | 3413 | $603 | 40% | $42 | 1 to 1 | 35.0% | RoundPoint Mortgage Servicing Group | 5032 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | VENTURE, LLC<br>Documents<br>Financing Information | DALLAS | 11/30/2010 | Single Family Residential | Sub/Non-performing | 3413 | $603 | 40% | $42 | 1 to 1 | 35.0% | RoundPoint Mortgage Servicing Group | 5032 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217 |
| 20 | South CRE Venture 2010-2, LLC<br>Documents<br>Financing Information | DALLAS | 12/2/2010 | Commercial Real Estate | Sub/Non-performing | 110 | $102 | 40% | $4 | 1 to 1 | 18.3% | Hudson Realty Capital Fund V LP | c/o Hudson Realty Capital LLC, 250 Park Avenue South, Third Floor New York, NY 10003 |
| 21 | West RADC 2010-2 Venture LLC<br>Documents<br>Financing Information | DALLAS | 12/7/2010 | Residential ADC | Sub/Non-performing | 761 | $279 | 40% | $12 | 1 to 1 | 22.7% | Cache Valley Bank | 101 North Main Street Logan, Utah 84321 |
| 22 | West CRE 2010-2 Venture LLC<br>Documents<br>Financing Information | DALLAS | 12/15/2010 | Commercial Real Estate | Sub/Non-performing | 198 | $137 | 40% | $16 | 1 to 1 | 61.2% | Colony Capital Acquisitions, LLC | 2450 Broadway, 6th Floor Santa Monica, CA 90404 |
| 23 | North CRE 2010-2 Venture, LLC<br>Documents<br>Financing Information | DALLAS | 12/15/2010 | Commercial Real Estate | Sub/Non-performing | 557 | $204 | 40% | $11 | 1 to 1 | 27.5% | Colony Capital Acquisitions, LLC | 2450 Broadway, 6th Floor Santa Monica, CA 90404 |
| 24 | RADC/CADC 2010-2 Venture, LLC<br>Documents<br>Financing Information | DALLAS | 1/27/2011 | Residential/ Commercial ADC | Sub/Non-performing | 1,505 | $817 | 50% | $48 | 1 to 1 | 24.1% | Colony Capital Advisors (Colfin 2011 ADC Funding, LLC) | 2450 Broadway, 6th Floor Santa Monica, CA 90404 |
| 25 | 2011-SIP-1 CRE/CADC Venture, LLC<br>Documents<br>Financing Information | WDC | 8/4/2011 | Commercial Real Estate and Commercial ADC | Sub/Non-performing | 116 | $158 | 25% | $26 | N/A | 64.9% | Acorn Loan Portfolio Private Owner IV, LLC | c/o Sabal Financial Group, L.P. 4675 MacArthur Court, Suite 1550 Newport Beach, CA 92660 |
| 26 | 2011-SIP-1 RADC Venture, LLC<br>Documents<br>Financing Information | WDC | 8/4/2011 | Residential ADC | Sub/Non-performing | 97 | $139 | 25% | $15 | N/A | 43.0% | HRC SVC Pool II Acquisition LLC | c/o Hudson Realty Capital LLC, 250 Park Avenue South, Third Floor New York, NY 10003 |
| 27 | CRE VENTURE 2011-1, LLC<br>Documents<br>Financing Information | DALLAS | 8/10/2011 | Commercial Real Estate | Sub/Non-performing | 758 | $607 | 40% | $65 | 1 to 1 | 55.0% | Colony Capital Acquisitions, LLC | c/o Colony Capital LLC 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 28 | CADC/RADC 2011-1 VENTURE LLC<br>Documents<br>Financing Information | DALLAS | 8/24/2011 | Commercial ADC and Residential ADC | Sub/Non-performing | 508 | $386 | 50% | $30 | 1 to 1 | 31.7% | Acorn Loan Portfolio Private Owner VI, LLC (OakTree) | c/o Sabal Financial Group, L.P. 4675 MacArthur Court, Suite 1550 Newport Beach, CA 92660 |
| 29 | SFR VENTURE 2011-1, LLC<br>Documents<br>Financing Information | DALLAS | 9/1/2011 | Single Family Residential | Sub/Non-performing | 1,453 | $282 | 40% | $28 | 1 to 1 | 49.1% | MountainView Public Private Investment I, LLC | 999 18th Street, Suite 1001 Denver, CO 80202 |

| # | Name | Location | Date | Asset Type | Performance | Loans | UPB ($M) | Equity % | Purchase Price ($M) | Leverage | LTV/Purchase % | Manager | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | SFR VENTURE 2011-1, LLC<br>Documents<br>Financing Information | DALLAS | 9/1/2011 | Single Family Residential | Sub/Non-performing | 1,453 | $282 | 40% | $28 | 1 to 1 | 49.1% | MountainView Public Private Investment I, LLC | 999 18th Street, Suite 1001 Denver, CO 80202 |
| 30 | CRE VENTURE 2011-2, LLC<br>Documents<br>Financing Information | DALLAS | 12/13/2011 | Commercial Real Estate | Sub/Non-performing | 311 | $359 | 40% | $27 | 1 to 1 | 38.8% | Colony Capital Advisors (Colfin 2011-2 CRE Funding, LLC) | c/o Colony Capital LLC 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 31 | ADC VENTURE 2011-2, LLC<br>Documents<br>Financing Information | DALLAS | 12/20/2011 | Commercial ADC and Residential ADC | Sub/Non-performing | 102 | $196 | 40% | $13 | N/A | 16.9% | Oak Tree Capital | c/o Sabal Financial Group, L.P. 4675 MacArthur Court, Suite 1550 Newport Beach, CA 92660 |
| 32 | 2011-SIP-2 Venture, LLC<br>Documents<br>Financing Information | DALLAS | 1/11/2012 | CRE/Commercial ADC/ Residential ADC | Sub/Non-performing | 62 | $101 | 25% | $14 | N/A | 53.8% | Mariner Real Estate Partners III, LLC | c/o MREC Funding, LLC, 4200 W. 115th Street, Ste 100, Leawood, Kansas 66211 |
| 33 | 2012-SIP-1 Venture, LLC<br>Documents | WDC | 10/18/2012 | CRE/ADC | Performing and Non-performing | 93 | $166 | 25% | $24 | N/A | 57.5% | Tennessee Loan Acquisition Venture, LP | c/o Sabal Financial Group, L.P. 4675 MacArthur Court, Suite 1550 Newport Beach, CA 92660 |
| 34 | CRE/ADC VENTURE 2012-1, LLC<br>Documents<br>Financing Information | DALLAS | 12/11/2012 | CRE/ADC | Performing and Non-performing | 493 | $291 | 40% | $28 | 1 to 1 | 48.5% | Colony Capital Advisors (ColFin 2012-1 CRE ADC Funding, LLC) | c/o Colony Capital LLC, 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 35 | CRE/ADC VENTURE 2013-1, LLC<br>Documents<br>Financing Information | WDC | 10/17/2013 | CRE/ADC | Performing and Non-performing | 415 | $199 | 20% | $23 | N/A | 56.63% | Colony Capital (ColFin 2013-1 CRE ADC Holdco, LLC) | c/o Colony Capital LLC, 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 36 | SIG CRE 2023 Venture LLC | Dallas | 12/14/2023 | Commercial Real Estate | Performing/Non-Performing | 2,670 | $16,809 | 20% | $1,210 | 1:1 | 72.0% | Blackstone Inc. (Hancock JV Bidco LLC) | c/o Blackstone Real Estate, 345 Park Ave., New York, NY 10154 |
| 37 | SIG RCRS D MF 2023 Venture LLC | Dallas | 12/15/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 204 | $1,490 | 5% | $42 | N/A | 56.0% | Community Preservation Corporation (Sig-23 Private Owner II LLC) | 220 East 42nd St., 16th Fl, New York, NY 10017 |
| 38 | SIG RCRS C MF 2023 Venture LLC | Dallas | 12/15/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 664 | $4,305 | 5% | $129 | N/A | 60.1% | Community Preservation Corporation (Sig-23 Private Owner LLC) | 220 East 42nd St., 16th Fl, New York, NY 10017 |
| 39 | SIG RCRS A/B MF 2023 Venture LLC | Dallas | 12/20/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 1,370 | $9,016 | 20% | $1,086 | N/A | 60.2% | Santander Bank, N.A. (SBNA Investor LLC) | 75 State St., Boston, MA 02109 |

Back to Top

Last Updated 1/31/2024    assetmarketing@fdic.gov

| # | Name | Location | Date | Type | Performance | Loans | UPB | Ownership | Equity | Leverage | Financing | Purchaser | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Financing Information | | | | | | | | | | | | Kansas 66211 |
| 33 | 2012-SIP-1 Venture, LLC<br>Documents | WDC | 10/18/2012 | CRE/ADC | Performing and Non-performing | 93 | $166 | 25% | $24 | N/A | 57.5% | Tennessee Loan Acquisition Venture, LP | c/o Sabal Financial Group, L.P. 4675 MacArthur Court, Suite 1550 Newport Beach, CA 92660 |
| 34 | CRE/ADC VENTURE 2012-1, LLC<br>Documents<br>Financing Information | DALLAS | 12/11/2012 | CRE/ADC | Performing and Non-performing | 493 | $291 | 40% | $28 | 1 to 1 | 48.5% | Colony Capital Advisors (ColFin 2012-1 CRE ADC Funding, LLC) | c/o Colony Capital LLC, 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 35 | CRE/ADC VENTURE 2013-1, LLC<br>Documents<br>Financing Information | WDC | 10/17/2013 | CRE/ADC | Performing and Non-performing | 415 | $199 | 20% | $23 | N/A | 56.63% | Colony Capital (ColFin 2013-1 CRE ADC Holdco, LLC) | c/o Colony Capital LLC, 2450 Broadway, 6th Floor, Santa Monica, CA 90404 |
| 36 | SIG CRE 2023 Venture LLC | Dallas | 12/14/2023 | Commercial Real Estate | Performing/Non-Performing | 2,670 | $16,809 | 20% | $1,210 | 1:1 | 72.0% | Blackstone Inc. (Hancock JV Bidco LLC) | c/o Blackstone Real Estate, 345 Park Ave., New York, NY 10154 |
| 37 | SIG RCRS D MF 2023 Venture LLC | Dallas | 12/15/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 204 | $1,490 | 5% | $42 | N/A | 56.0% | Community Preservation Corporation (Sig-23 Private Owner II LLC) | 220 East 42nd St., 16th Fl, New York, NY 10017 |
| 38 | SIG RCRS C MF 2023 Venture LLC | Dallas | 12/15/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 664 | $4,305 | 5% | $129 | N/A | 60.1% | Community Preservation Corporation (Sig-23 Private Owner LLC) | 220 East 42nd St., 16th Fl, New York, NY 10017 |
| 39 | SIG RCRS A/B MF 2023 Venture LLC | Dallas | 12/20/2023 | Rent Controlled/Rent Stabilized Multifamily | Performing/Non-Performing | 1,370 | $9,016 | 20% | $1,086 | N/A | 60.2% | Santander Bank, N.A. (SBNA Investor LLC) | 75 State St., Boston, MA 02109 |

Back to Top

Last Updated 1/31/2024                                                                                                                                                                                                       assetmarketing@fdic.gov



CONTACT THE FDIC

CONTACT US

STAY INFORMED

Enter your email address:

GET STARTED

HOW CAN WE HELP YOU?

I am a...

I want to...

GET STARTED

POLICIES    HELP    FOIA    EN ESPAÑOL    ACCESSIBILITY    OPEN GOVERNMENT    SITE MAP    USA.GOV    CONTACT US
PRIVACY                             PLAIN WRITING           NO FEAR ACT DATA              INSPECTOR GENERAL