**Reed Smith**
Driving progress through partnership

**Casey D. Laffey**
Direct Phone: +1 212-549-0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
+1 212-521-5400
reedsmith.com

December 20, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10077

Re: *Gotlib v. Federal Deposit Insurance Corporation as Receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A.,*
Case No. 24-cv-08197

Dear Judge Abrams:

We write on behalf of defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank, N.A. and Signature Bridge Bank, N.A. ("FDIC-R"), and jointly with counsel for plaintiff Joshua Gotlib ("Gotlib"), pursuant to Your Honor's Individual Rule 1(D) to respectfully request an adjournment of the initial pretrial conference scheduled for January 3, 2025, and to set a briefing schedule for FDIC-R's forthcoming motion, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's complaint (the "Motion to Dismiss").

The parties have met and conferred regarding FDIC-R's anticipated Motion to Dismiss and have agreed on the following briefing schedule, subject to the Court's approval:

1. FDIC-R's moving papers shall be filed no later than January 27, 2025;
2. Gotlib's opposition papers shall be filed no later than March 28, 2025; and
3. FDIC-R's reply papers shall be filed no later than April 25, 2025.

In light of the foregoing, the parties also respectfully request that the initial pretrial conference scheduled for January 3, 2025 be adjourned to a new date after the Motion to Dismiss is filed on January 27, 2025, and that all corresponding discovery and pre-conference submission deadlines likewise be adjourned until after the Motion to Dismiss is filed on January 27, 2025.

No prior requests for adjournments or extensions of time have been made with respect to the aforementioned deadlines.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Casey D. Laffey*

Application granted. The conference previously scheduled for January 3, 2025 is hereby adjourned to February 7, 2025 at 1:30 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. The parties shall submit a joint letter and proposed case management plan and scheduling order no later than January 31, 2025.

SO ORDERED.

Hon. Ronnie Abrams
December 23, 2024