

**Casey D. Laffey**
Direct Phone: +1 212-549-0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
+1 212-521-5400
reedsmith.com

January 29, 2025

**BY ECF**

The Honorable Ronnie Abrams
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10077

Re:   <u>Gotlib v. FDIC as Receiver for Signature Bank, et al.</u> (Case No. 24-cv-08197)

Dear Judge Abrams:

We write on behalf of the Federal Deposit Insurance Corporation ("<u>FDIC</u>") as Receiver for Signature Bank and FDIC as Receiver for Signature Bridge Bank, N.A. (together, the "<u>FDIC-Rs</u>") pursuant to Your Honor's Individual Rule 1(D) and FRCP 26(c), to respectfully request a stay of discovery (including the initial pretrial conference scheduled for February 7, 2025 and related pre-conference deadlines), pending the Court's decision on the FDIC-Rs' motion to dismiss, which was filed on Monday (ECF 13-15) (the "<u>Motion to Dismiss</u>").  Counsel for plaintiff Joshua Gotlib ("<u>Plaintiff</u>") has advised that while Plaintiff contests the Motion to Dismiss, Plaintiff does not object to a stay of discovery during the pendency of the motion.

The FDIC-Rs believe that a stay of discovery is appropriate here given the time and expense of discovery and because the FDIC-Rs have limited receivership funds potentially available to distribute to creditors pursuant to 12 U.S.C. § 1821(d)(11)(A).

Previously the Court adjourned the initial pretrial conference until February 7, 2025 on the parties' joint request. (ECF 12).  However, this is the first request for a full stay of discovery pending resolution of the Motion to Dismiss.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Casey D. Laffey*

cc: All counsel of record (by ECF)

---

Application granted. Given that the parties consent to a stay of discovery, discovery in this action is hereby stayed pending further order of the Court.  Additionally, the initial conference previously scheduled for February 7, 2025 is adjourned *sine die*.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 30, 2025