

**Casey D. Laffey**
Direct Phone: +1 212-549-0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
+1 212-521-5400
reedsmith.com

February 19, 2025

**BY ECF**

The Honorable Ronnie Abrams
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10077

Re:   *Gotlib v. FDIC as Receiver for Signature Bank, et al.* (Case No. 24-cv-08197)

Dear Judge Abrams:

We write on behalf of defendants Federal Deposit Insurance Corporation ("FDIC") as Receiver for Signature Bank and FDIC as Receiver for Signature Bridge Bank, N.A. (together, the "FDIC-Rs") pursuant to Your Honor's Individual Rule 5(A)(i) and Local ECF Rule 21.7 to respectfully request that the Court (1) permanently seal certain documents that were filed via ECF on January 27, 2025 in connection with FDIC-Rs' Motion to Dismiss (ECF No. 13-15); and (2) permit the FDIC-Rs to replace those documents with the annexed redacted copies.

Specifically, Exhibits 7, 8, and 9 to the Declaration of Casey D. Laffey, dated January 27, 2025 (ECF Nos. 14-9, 14-10, 14-11 (together, the "Original Exhibits")) may contain information that constitutes personal identifying information ("PII") within the categories set forth under Federal Rule of Civil Procedure 5.2(a) and Your Honor's Rule 5(A)(i) (e.g., personal addresses and financial account information) and which were inadvertently filed without redaction.

To preclude the disclosure of such information, the FDIC-Rs respectfully request that the Original Exhibits be permanently sealed and the FDIC-Rs be permitted to replace the documents with the redacted versions that are annexed hereto as Replacement Exhibits 7, 8, and 9. The Replacement Exhibits are otherwise identical to the Original Exhibits, apart from the limited redactions for potential PII.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Casey D. Laffey*

cc: All counsel of record (by ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 20, 2025